713 A.2d 632

**Robert J. JONES, Administrator of Estate of Christine Jones, Decedent; Susan Zavar; Kimberly Jones; Neal R. Jones (Minor), Appellants,**

**v.**

**PENNSYLVANIA STATE POLICE, Appellee.**

Supreme Court of Pennsylvania.

July 21, 1998.

## *ORDER*

**PER CURIAM:**

AND NOW, this 21st day of July, 1998, the order of the Commonwealth Court is hereby affirmed.